Richard G. Grotch, Esq. - SBN 127713
Rachel E. Carr, Esq. - SBN 241459
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Tel. (650) 592-5400
Fax.(650) 592-5027
Email: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAAN D. SMITH and RUSSELL A. ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; MICHELLE ROE; AND DOES 1-40,<br><br>Defendants.<br>_____/ | No. C 08-0556 MEJ<br><br>PROOF OF SERVICE RE NOTICE OF REMOVAL AND RELATED DOCUMENTS |

I, the undersigned, declare that I am employed in the County of San Mateo, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 555 Twin Dolphin Drive, Suite 300, Redwood City, California 94065.

I am readily familiar with my employer's business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, mailing via overnight delivery, transmission by facsimile machine, and delivery by hand.

On January 28, 2008, I served a copy of each of the documents listed below by placing said copies for processing as indicated herein:

///

**NOTICE OF REMOVAL FROM SUPERIOR COURT; DEMAND FOR JURY TRIAL; CERTIFICATE OF INTERESTED PARTIES OR ENTITIES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S.D.C. GUIDELINES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECP REGISTRATION INFORMATION HANDOUT**

  X    U.S. MAIL: The correspondence or documents were placed in sealed, labeled envelopes with postage thereon fully prepaid on the above date placed for collection and mailing at my place of business to be deposited with the U.S. Postal Service at Redwood City, California on this same date in the ordinary course of business.

  ___  OVERNIGHT DELIVERY: The correspondence or documents were placed in sealed, labeled packaging for overnight delivery with all charges to be paid by my employer on the above date for collection and mailing at my place of business to be deposited in a facility regularly maintained by the overnight delivery carrier, or delivered to a courier or driver authorized by the overnight delivery carrier to receive such packages, on this date in the ordinary course of business.

  ___  HAND DELIVERY: The correspondence or documents were placed in sealed, labeled envelopes and served by personal delivery to the party or attorney indicated herein, or if upon attorney, by leaving the labeled envelopes with a receptionist or other person having charge of the attorney's office.

  ___  FACSIMILE TRANSMISSION: The correspondence or documents were placed for transmission from (650) 592-5027 at Redwood City, California, and were transmitted to a facsimile machine maintained by the party or attorney to be served at the facsimile machine telephone number provided by said party or attorney, on this same date in the ordinary course of business. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

PERSONS OR PARTIES SERVED:

*Counsel for Plaintiffs*

Russell A. Robinson
**LAW OFFICES OF RUSSELL A. ROBINSON, APC**
345 Grove Street, First Floor
San Francisco, CA 94102

Telephone: 415 255-0462
Facsimile:  415 431-4526

*Counsel for Defendant American Airlines, Inc.*

Kymberly E. Speer, Esq.
**KENNEY & MARKOWITZ L.L.P.**
255 California St., Suite 1300
San Francisco, CA   94111

Phone:  415-397-3100
Fax:      415-397-3170
E-mail:   kspeer@kennmark.com

**CODDINGTON, HICKS & DANFORTH**
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

Proof of Service re Notice of Removal
Case No. CV 08-00556 MEJ

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this declaration was executed on January 28, 2008.

/s/ Hilda Alvarez

Hilda Alvarez

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

3

Proof of Service re Notice of Removal
Case No. CV 08-00556 MEJ