Richard G. Grotch, Esq. - SBN 127713
Rachel M. Carr, Esq. - 241459
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone:   (650) 592-5400
Facsimile:    (650) 592-5027

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAAN D. SMITH and RUSSELL A. ROBINSON,

    Plaintiffs,

vs.

AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; MICHELLE ROE; AND DOES 1-40,

    Defendants.

Case No. CV 08 0556

CERTIFICATE OF INTERESTED PARTIES OR ENTITIES
[Civ. L.R. 3-16]

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Delta Air Lines, Inc., American Airlines, Inc.

Dated: January 24, 2008

CODDINGTON, HICKS & DANFORTH

By: _____
Richard G. Grotch
Attorneys for Defendant
Delta Air Lines, Inc.