Richard G. Grotch, Esq. - SBN 127713
Rachel M. Carr, Esq. - 241459
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone:   (650) 592-5400
Facsimile:   (650) 592-5027

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAAN D. SMITH and RUSSELL A. ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; MICHELLE ROE; AND DOES 1-40,<br><br>Defendants. | Case No. CV 08 0556 MEJ<br><br>**DEMAND FOR JURY TRIAL** |

Defendant Delta Air Lines, Inc. respectfully demands a trial by jury in the above-entitled cause.

Dated: January 24, 2008

CODDINGTON, HICKS & DANFORTH

By: /s/ Richard G. Grotch
Richard G. Grotch
Attorneys for Defendant
Delta Air Lines, Inc.