# UNITED STATES DISTRICT COURT
## Northern District of California

EQUAAN D. SMITH and RUSSELL A. ROBINSON

Plaintiff(s),

v.

AMERICAN AIRLINES, INC., et al.

Defendant(s).

Case No. C 08-0556 MEJ

**CONSENT TO ASSIGNMENT
OR
REQUEST FOR REASSIGNMENT**

Note: Please complete either Part A or Part B below and file with the Clerk of Court.

**A.  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

KENNEY & MARKOWITZ L.L.P.

Dated: February 7, 2008

Signature

Counsel for Defendant AMERICAN AIRLINES, INC.
(Name of party or indicate "pro se")

**B.  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION**

The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States district judge.

Dated:

Signature

Counsel for _____
(Name of party or indicate "pro se")

NDC-22