1  KYMBERLY E. SPEER (SBN 121703)
   KIMBERLY I. McINTYRE (SBN 184648)
2  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
3  San Francisco, CA 94111
   Telephone:   (415) 397-3100
4  Facsimile:   (415) 397-3170
   kspeer@kennmark.com
5  kmcintyre@kennmark.com

6  Attorneys for Defendant
   AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

| | |
|---|---|
| EQUAAN D. SMITH and RUSSELL A. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; MICHELLE ROE; and, DOES 1-40,<br><br>Defendants. | CASE NO.  C 08-0556 MEJ<br><br>**JURY DEMAND BY AMERICAN AIRLINES, INC.** |

Defendant American Airlines, Inc. hereby demands a jury at trial of this action.

DATED: February 7, 2008

KENNEY & MARKOWITZ L.L.P

By: _____
KYMBERLY E. SPEER
KIMBERLY I. MCINTYRE
Attorneys for Defendant
AMERICAN AIRLINES, INC.

{30076.302046 0132352.DOC}
-1-
JURY DEMAND
CASE NO: C 08-0556 MEJ