KYMBERLY E. SPEER (SBN 121703)
KIMBERLY I. McINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 397-3100
Facsimile:    (415) 397-3170
kspeer@kennmark.com
kmcintyre@kennmark.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

| | |
|---|---|
| EQUAAN D. SMITH and RUSSELL A. ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; MICHELLE ROE; and, DOES 1-40,<br><br>Defendants. | CASE NO. C 08-0556 MEJ<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S CERTIFICATION OF <u>INTERESTED ENTITIES OR PERSONS</u>**<br><br>Civil Local Rule 3-16 |

Pursuant to Civil L.R. 3-16, the undersigned counsel of record for defendant American Airlines, Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1)   Defendant American Airlines, Inc.

(2)   AMR Corp., parent company to defendant American Airlines, Inc.

{30076.302046 0133183.DOC}                              -1-
DEFENANT AMERICAN AIRLINES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO: C 08-0556 MEJ

1   These representations are made only on behalf of defendant American Airlines, Inc. so the
2   Court may evaluate the need for possible disqualification or recusal.

3

4   DATED: April 11, 2008                    KENNEY & MARKOWITZ L.L.P

5
                                             By: _____
6                                            KYMBERLY E. SPEER
                                             KIMBERLY I. MCINTYRE
7                                            Attorneys for Defendant
                                             AMERICAN AIRLINES, INC.
8

*Smith, et al. v. American Airlines, et al.*
U.S.D.C, Northern District # C 08-0556 MEJ

## PROOF OF SERVICE

[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

I am a citizen of the United States. My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

**DEFENDANT AMERICAN AIRLINES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Plaintiff's Counsel**
Russell A. Robinson
LAW OFFICES OF RUSSELL A. ROBINSON
345 Grove Street, 1st Floor
San Francisco, CA 94102
Fax:   431.4526

[x]   BY FIRST CLASS MAIL – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]   BY PERSONAL SERVICE – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ]   BY OVERNIGHT MAIL – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]   BY FACSIMILE – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: April 1(, 2008

_____
Kristina Wood

Kenney & Markowitz L.L.P.

{30076.302046 0133183.DOC}   -3-
DEFENDANT AMERICAN AIRLINES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO: C 08-0556 MEJ