1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:   415.255.0462
   Facsimile:   415.431.4526
4  e-mail:      rarcases@yahoo.com

5  Attorneys for Plaintiffs
   ÉQUAAN D. SMITH and
6  RUSSELL A. ROBINSON

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 ÉQUAAN D. SMITH and RUSSELL A.         Case No.      C-08-0556-MEJ
   ROBINSON,
12                                        **PLAINTIFFS' CONSENT TO PROCEED
                Plaintiffs,               BEFORE A MAGISTRATE JUDGE**
13                                        [Jury Trial Demanded]
   v.
14
   AMERICAN AIRLINES, INC.; DELTA
15 AIR LINES, INC.; MICHELLE ROE; and,
   DOES 1-40,
16
              Defendants.
17 _____/

18      TO THE HONORABLE COURT IN THIS MATTER:

19      PLEASE TAKE NOTICE that Plaintiffs, without waiving the right to challenge the

20 Court's subject matter jurisdiction, by and through counsel, hereby consent to proceed before a

21 magistrate judge for all purposes.  Appeal from any judgment shall be taken directly to the United

22 States Court of Appeals for the Ninth Circuit.

23

24 Date:  April 15, 2008              /s/Russell A. Robinson
                                   By:   Russell A. Robinson
25                                 Law Office of Russell A. Robinson, APC
                                   Counsel for Plaintiffs
26                                 ÉQUAAN D. SMITH and RUSSELL A. ROBINSON

27

28