1  Russell A. Robinson, SBN 163937
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    415.255.0462
   Facsimile:    415.431.4526
4  e-mail:       rarcases@yahoo.com

5  Attorneys for Plaintiffs
   ÉQUAAN D. SMITH and
6  RUSSELL A. ROBINSON

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 ÉQUAAN D. SMITH and RUSSELL A.           Case No.    C-08-0556-MEJ
   ROBINSON,
12                                          **NOTICE OF NEED FOR ADR PHONE
           Plaintiffs,                      CONFERENCE**
13
   v.                                       [Jury Trial Demanded]
14
   AMERICAN AIRLINES, INC.; DELTA
15 AIR LINES, INC.; MICHELLE ROE; and,
   DOES 1-40,
16
           Defendants.
17 _____/

18        Counsel report that they have met and conferred regarding ADR and that they request an

19 Early Settlement Conference with a Magistrate Judge.

20        Date of Case Management Conference: May 8, 2008, at 10:00 a.m.

21        The following counsel will participate in the ADR phone conference:

22        Russell A. Robinson, representing Plaintiffs, 415.255.0462 (e-mail: rarcases@yahoo.com);

23        Richard G. Grotch, representing Defendant Delta Air Lines, Inc., (650) 592-5400 (e-mail:

24 rgrotch@chdlawyers.com); and,

25        Kymberly E. Speer, representing Defendant American Airlines, (415) 397-3100 (e-mail:

26 kspeer@kennmark.com).

27

28

---
NOTICE OF NEED FOR ADR PHONE CONFERENCE

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:   April 16, 2008                             /s/ Russell A. Robinson
                                            By:    Russell A. Robinson
                                            Law Office of Russell A. Robinson, APC
                                            Counsel for Plaintiffs
                                            Équaan D. Smith & Russell A. Robinson

Date:   April 16, 2008                             /s/ Richard G. Grotch
                                            By:    Richard G. Grotch
                                            Coddington, Hicks & Danforth
                                            Counsel Defendant
                                            DELTA AIR LINES, INC.

Date:   April 16, 2008                             /s/ Kymberly E. Speer
                                            By:    Kymberly E. Speer
                                            Kenny & Marokowitz, LLP
                                            Counsel for Defendant
                                            AMERICAN AIRLINES, INC.