UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Equaan D. Smith, et al, | No. C 08-0556 MEJ (WDB) |
| Plaintiffs, | CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE |
| v. | |
| American Airlines, Inc., et al | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, pursuant to the plaintiff's request, the settlement conference scheduled for August 11, 2008, in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California, has been VACATED.

Counsel for plaintiff has been directed to meet and confer with all other parties and telephone the undersigned promptly for the purpose of rescheduling the conference.

Dated: August 11, 2008

Richard W. Wieking, Clerk
United States District Court

*Michelle Sicula*
By: Michelle L. Sicula
Law Clerk/Deputy Clerk

cc: parties,
MEJ, WDB

1