Richard G. Grotch, Esq. - SBN 127713
Rachel M. Carr, Esq. - 241459
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone:   (650) 592-5400
Facsimile:   (650) 592-5027
E-mail: rgrotch@chdlawyers.com

**ATTORNEYS FOR** Defendant
DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ÉQUAAN D. SMITH and RUSSELL A. ROBINSON,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; MICHELLE ROE; AND DOES 1-40,<br><br>Defendants.<br>_____/ | Case No. C 08-0556 MEJ (WDB)<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DELTA AIR LINES, INC. |

IT IS HEREBY STIPULATED, by and between plaintiffs ÉQUAAN D. SMITH and RUSSELL A. ROBINSON and defendant DELTA AIR LINES, INC., that the above-captioned action shall be dismissed, with prejudice, as to defendant DELTA AIR LINES, INC. Each party shall bear his, her or its own attorneys fees and costs.

SO STIPULATED.

Dated: October 15, 2008                    LAW OFFICE OF RUSSELL A. ROBINSON, APC


                                           By: /s/ Russell A. Robinson
                                               _____
                                               Russell A. Robinson
                                               Attorney for Plaintiffs
                                               Russell A. Robinson and Équaan D. Smith

///

---

Stipulation and Proposed Order of Dismissal of Delta
Air Lines, Inc. – C 08-0556 MEJ (WDB)

1 Dated: October 20, 2008        CODDINGTON, HICKS & DANFORTH

By: /s/ *Richard G. Grotch* _____
    Richard G. Grotch
    Attorney for Defendant
    Delta Air Lines, Inc.

## [PROPOSED] ORDER

The Court, having received and considered the foregoing stipulation,

IT IS HEREBY ORDERED that the claims of plaintiffs ÉQUAAN D. SMITH and RUSSELL A. ROBINSON, against defendant DELTA AIR LINES, INC., shall be dismissed with prejudice, each party to bear his, her or its own attorneys' fees and costs.

SO ORDERED.

Dated: October 27, 2008        _____
    Honorable Maria-Elena James
    United States Magistrate Judge