| | |
|---|---|
| 1 | RUSSELL A. ROBINSON (SBN 163937) |
| | LAW OFFICE OF RUSSELL A. ROBINSON, APC |
| 2 | 345 Grove Street, First Floor |
| | San Francisco, CA 94102 |
| 3 | Telephone:    (415) 255-0462 |
| | Facsimile:    (415) 431-4526 |
| 4 | rarcases@yahoo.com |
| 5 | *Pro Se* and Attorney for Plaintiff |
| | EQUAAN D. SMITH |
| 6 | |
| 7 | KYMBERLY E. SPEER (SBN 121703) |
| | KIMBERLY I. McINTYRE (SBN 184648) |
| 8 | KENNEY & MARKOWITZ L.L.P. |
| | 255 California Street, Suite 1300 |
| 9 | San Francisco, CA  94111 |
| | Telephone:    (415) 397-3100 |
| 10 | Facsimile:    (415) 397-3170 |
| | kspeer@kennmark.com |
| 11 | kmcintyre@kennmark.com |
| 12 | Attorneys for Defendant |
| | AMERICAN AIRLINES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION – ECF PROGRAM

| | |
|---|---|
| EQUAAN D. SMITH and RUSSELL A. ROBINSON, | CASE NO.  C 08-0556 MEJ |
| Plaintiff, | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| v. | |
| AMERICAN AIRLINES, INC.; DELTA AIR LINES, INC.; MICHELLE ROE; and, DOES 1-40, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiffs Equaan D. Smith and Russell A. Robinson and defendant American Airlines, Inc. ("American"), through the undersigned, that the

Kenney
&
Markowitz
L.L.P.

1  above-captioned action be and hereby is dismissed with prejudice against American only, pursuant
2  to Federal Rule of Civil Procedure Rule 41(a)(1).

4  DATED: October 7, 2008        LAW OFFICE OF RUSSELL A. ROBINSON, APC

6                                 By: _____
7                                     RUSSELL A. ROBINSON
                                      *Pro Se* and as Attorney for Plaintiff
                                      EQUAAN D. SMITH

10 DATED: October 27, 2008       KENNEY & MARKOWITZ L.L.P

12                                By: _____
                                      KYMBERLY E. SPEER
13                                    KIMBERLY I. MCINTYRE
                                      Attorneys for Defendant
14                                    AMERICAN AIRLINES, INC.

### ORDER

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED THAT THIS ACTION IS DISMISSED WITH PREJUDICE AGAINST DEFENDANT AMERICAN AIRLINES, INC. ONLY.

The Clerk of Court shall close the file.

DATED: October 31, 2008          _____
                                 MARIA-ELENA JAMES
                                 UNITED STATES MAGISTRATE JUDGE

{30076.302046 0135274.DOC}       -2-
                    STIPULATION OF DISMISSAL AND ORDER THEREON
                              CASE NO: C 08-0556 MEJ